JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS GONZALO SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00325-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LUIS GONZALO SOTO, | Date: February 22, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from January 25, 2013, to February 22, 2013 at 9:00 a.m. They stipulate that the time between January 25, 2013 and February 22, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and examine the evidence, investigate the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 24, 2013               Respectfully submitted,

                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender
                                      /s/ Doug Beevers
                                      DOUG BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LUIS GONZALO SOTO

Dated: January 24, 2013               BENJAMIN B. WAGNER
                                      United States Attorney

                                By:   /s/ Samuel Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 25, 2013, be continued to February 22, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from January 25, 2013, to and including, the February 22, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge