1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS GONZALO SOTO

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-S-12-00325-GEB
                                       )
12              Plaintiff,             )
                                       )    STIPULATION AND [PROPOSED] ORDER TO
13        v.                           )    CONTINUE STATUS CONFERENCE
                                       )
14  LUIS GONZALO SOTO,                 )    Date:  May 17, 2013
                                       )    Time:  9:00 a.m.
15              Defendant.             )    Judge:  Hon. Garland E. Burrell
                                       )
16  _____       )

17        The parties request that the status conference in this case be continued from April 26, 2013, to May

18  17, 2013 at 9:00 a.m.  They stipulate that the time between April 26, 2013, 2013 and May 17, 2013 should be

19  excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice

20  are served by the Court excluding such time, so that counsel for the defendant may have reasonable time

21  necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

22  §3161(h)(7)(A) and (B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review

23  and examine the evidence, investigate the facts of the case and to negotiate a resolution to this matter. The

24  parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best

25  interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local

26  Code T-4.

27  / / /

28  / / /

Dated: April 24, 2013                           Respectfully submitted,

                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

                                                */s/ Doug Beevers*
                                                DOUG BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                LUIS GONZALO SOTO

Dated: April 24, 2013                           BENJAMIN B. WAGNER
                                                United States Attorney

                                    By:         */s/ Samuel Wong*
                                                SAMUEL WONG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 26, 2013, be continued to May 17, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, and the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that time from April 26, 2013, to and including, the May 17, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

**IT IS ORDERED.**

Dated: April 25, 2013


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge