HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS GONZALO SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00325-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LUIS GONZALO SOTO, | Date: June 28, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from May 31, 2013, to June 28, 2013, at 9:00 a.m. They stipulate that the time period between the date of this stipulation, May 30, 2013 and the new status conference on June 28, 2013, should be excluded from the calculation of time within which the trial of this matter must be commenced under the Speedy Trial Act. The parties stipulate that defense counsel needs additional time to review and examine the evidence, investigate the facts of the case and to negotiate a resolution to this matter. In addition, the parties stipulate that defense counsel needs additional time to advise defendant about the information contained in the pre-plea presentence, the ramifications of a possible additional firearms charge that would subject defendant to a mandatory consecutive five years to life penalty upon conviction of the new charge, the ramifications of proceeding to trial, and the ramifications of accepting a plea offer from the United States. These tasks are made more difficult as defendant is a Spanish language speaker and a Spanish/English language interpreter is necessary to translate communications between defense counsel and defendant. The parties further stipulate that the Court should find that the continuance

1  is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4. The parties
3  stipulate and agree that the Court should find the ends of justice served by granting this continuance outweigh
4  the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and
5  Local Code T-4.

Dated: May 30, 2013                         Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Doug Beevers*
                                      DOUG BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LUIS GONZALO SOTO

Dated: May 30, 2013                         BENJAMIN B. WAGNER
                                      United States Attorney

                           By:     */s/ Samuel Wong*
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 31, 2013, be continued to June 28, 2013, at 9:00 a.m. Based on the stipulation of the parties and good cause appearing therefrom, and the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that time from the date of the parties' stipulation, May 30, 2013, to and including, the new status conference on June 28, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

**IT IS ORDERED.**

Dated: May 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge